IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION - Rock Island

| | |
|---|---|
| CHRISTOPHER CESCA, an Individual with Disabilities, )<br>Plaintiff, )<br>v. ) | )<br>)<br>)<br>No. 4:23-cv-04043-SLD-JEH |
| WESTERN ILLINOIS UNIVERSITY BOARD OF TRUSTEES, &<br>PRES. GUIYOU HUANG, in both their Individual and Official Capacities,<br>Defendants. | )<br>) Judge: Hon. Sara Darrow<br>)<br>)<br>) Magistrate Judge:<br>) Hon. Jonathan E. Hawley<br>) Jury Demand |

## PARTIES' AGREED DISCOVERY PLAN

Counsel for Plaintiff, CHRISTOPHER CESCA, Joseph Daniel Thomas, Atty. at Law, and Counsel for Defendants, WESTERN ILLINOIS UNIVERSITY BOARD OF TRUSTEES & PRES. GUIYOU HUANG, Franczek PC, by and through, Nicki B. Bazer, lead counsel; Michael A. Warner, Jr.; & Jared M. Costanzo, having communicated on or about 2/12/24 for the purpose of formulating a proposed discovery schedule for consideration by the Court, hereby submit the following agreed deadlines for the Court's consideration:

1. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1):   April 30, 2024

2. Amendment of the pleadings:   July 10, 2024

3. Joining additional parties:   July 10, 2024

4. Close of fact discovery:   March 30, 2025

5. Disclosure of Plaintiff's experts:   July 10, 2025

6. Disclosure of Plaintiff's expert reports:   September 9, 2025

7. Plaintiff's experts deposed by:   October 7, 2025

3286557.1

| | |
|---|---|
| 8. Disclosure of Defendant's experts: | October 10, 2025 |
| 9. Disclosure of Defendant's expert reports: | December 10, 2025 |
| 10. Defendant's experts deposed by: | March 2, 2026 |
| 11. Completion of all discovery: | March 30, 2026 |
| 12. Dispositive motions: | June 1, 2026 |

The parties have requested a dispositive motion date that is more than one year after the Rule 16 conference. The Plaintiff has filed a complaint that is 117 pages long, with over 600 hundred numbered paragraphs. Even with the ruling on the motion to dismiss, the factual allegations are numerous and wide-ranging and there are approximately 40 individuals named in the complaint. The parties expect discovery to be extensive, particularly oral discovery, so have set forth an extended schedule to allow for the time needed.

| | |
|---|---|
| Christopher Cesca, Plaintiff | Western Illinois University Board of Trustees & Pres. Guiyou Huang, Defendants |
| BY: | BY: |
| Joseph Daniel Thomas<br>Attorney at Law<br>944 Wigwam Hollow Rd., Unit 3<br>Macomb, IL 61455<br>ARDC #6212202<br>312-296-8203<br>Fax 800-882-3714<br>j.thomaslaw.thomas42@gmail.com | Nicki B. Bazer ARDC #6277099,<br>Michael A. Warner, Jr. ARDC #6206011,<br>Jared M. Costanzo, ARDC, #6332579<br>Franczek P.C.<br>300 South Wacker Drive, Suite 3400<br>Chicago, IL 60606<br>(312) 786-6114 |

3286557.1

Dated: February 12, 2024

Respectfully submitted,

/s/Joseph Daniel Thomas

Joseph Daniel Thomas
Attorney at Law
944 Wigwam Hollow Rd., Unit 3
Macomb, IL 61455-4133
312-296-8203
Fax 800-882-3714
ARDC# 6212202
j.thomaslaw.thomas42@gmail.com

3286557.1

**CERTIFICATE OF SERVICE**

I, Joseph Daniel Thomas, certify that on 2/12/24 I electronically filed the foregoing and accompanying document and that it is available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

For WIU Bd of Trustees & Pres. Guiyou Huang:
c/o Nicki B. Bazer ARDC #6277099

& Michael A. Warner, Jr. ARDC #6206011
& Jared M. Costanzo, ARDC, #6332579
Franczek P.C.
300 South Wacker Drive, Suite 3400
Chicago, IL 60606
(312) 786-6114

Dated: February 12, 2024

Respectfully submitted,

/s/Joseph Daniel Thomas

Joseph Daniel Thomas
Attorney at Law
944 Wigwam Hollow Rd., Unit 3
Macomb, IL 61455-4133
312-296-8203
Fax 800-882-3714
ARDC# 6212202
j.thomaslaw.thomas42@gmail.com

3286557.1