E-FILED
Tuesday, 01 September, 2026 04:09:58 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**ROCK ISLAND DIVISION – Rock Island**

| | | |
|---|---|---|
| Christopher Cesca, an Individual with Disabilities, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cv-04043 |
| v. | ) | |
| | ) | Honorable Chief Judge Sara Darrow |
| Western Illinois University Board of Trustees, | ) | Magistrate Judge Ronald L. Hanna |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S PROPOSED**
**<u>DISPOSITIVE MOTION DEADLINE</u>**

Defendant, Western Illinois University Board of Trustees ("WIU"), by its attorneys Franczek P.C., submits this proposed deadline for dispositive motions in this matter. Defendant states the following:

1. On February 13, 2024, the Court adopted the parties' proposed Discovery Plan, adopting all deadlines as proposed. See Docket No. 30.

2. The deadline for dispositive motions was set for June 1, 2026. See Docket No. 29.

3. On February 13, 2024, then-Magistrate Judge Hawley entered an Order, setting an August 25, 2026, deadline for proposed pretrial orders, a final pretrial conference for September 1, 2026, and a jury trial for October 13, 2026.

4. On April 28, 2026, the parties filed a joint motion for referral to the magistrate judge for a settlement conference and to stay briefing of dispositive motions. See Docket No. 45.

5. Also on April 28, 2026, the Court entered an order granting the parties' motion for referral to the Magistrate Judge for a settlement conference and to stay briefing of dispositive

motions. The Court stated that the "June 1, 2026 dispositive motion deadline to be reset if necessary after the settlement conference."

6. Settlement discussions between the parties were unsuccessful, to-date.

7. On August 25, 2026, the Court entered an order vacating the proposed pretrial order deadline and the pretrial conference and trial dates. The Court also directed the parties to submit by September 1, 2026, a proposed dispositive motion deadline.

8. Defendant hereby proposes December 1, 2026, as the deadline to file dispositive motions for this matter.

9. Pursuant to the Federal Rules of Civil Procedure and the Court's local rules, Defendant objects to any proposal submitted by Plaintiff that would allow a party to file more than one motion (or partial motion) for summary judgment.

**WHEREFORE,** Defendant respectfully requests this Court set the dispositive motion deadline for December 1, 2026, and to only permit the filing of one motion for summary judgment by each party.

Respectfully submitted,

**WESTERN ILLINOIS UNIVERSITY,**
**Defendant**

By: /s/ Nicki B. Bazer
One of Its Attorneys

Nicki B. Bazer (ARDC No. 6277099)
nbb@franczek.com
Michael A. Warner, Jr.(ARDC No. 6208011)
maw@franczek.com
Jared M. Costanzo (ARDC No. 6332579)
jmc@franczek.com
Franczek P.C.
300 South Wacker Drive, Suite 3400
Chicago, IL 60606
312-986-0300

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that she caused a true and correct copy of the foregoing **DEFENDANT'S PROPOSED DEADLINE FOR DISPOSITIVE MOTIONS** to be served on the following party of record via the CM/ECF electronic filing system this 1st day of September, 2026.

Joseph Daniel Thomas
3047 W 114th St
Merrionette Park, IL 60803
Tel: 312-296-8203
Fax: 800-882-3714
j.thomaslaw.thomas42@gmail.com

Sheri L. Bianchin
7302 W. Lakeside Ct.
Frankfort, IL 60423
Tel: (708) 717-8393
Fax: 800-985-4567
sher_law@sbcglobal.net

/s/ Nick B. Bazer
nbb@franczek.com